Tabron, Kevin          2014-02090 #1028-01

**From:** Warner, Mac
**Sent:** Monday, October 20, 2014 12:12 PM
**To:** Tabron, Kevin
**Subject:** FW: Calvin Norton

FYI...can you attach

**From:** David, Jonathan M. [mailto:Jon.David@nccourts.org]
**Sent:** Friday, October 17, 2014 3:24 PM
**To:** Warner, Mac
**Cc:** Richards, Karen F.; Ingram, Anna M.
**Subject:** Calvin Norton

Special Agent Warner,

By copy of this email, I am requesting an investigation of Calvin Norton. My office has been contacted by the Whiteville Police Department concerning allegations of forgery of signatures of recently deceased or clearly incapacitated persons. Evidently, at least two people have executed a power of attorney of their entire estate to Calvin Norton. While the WPD's efforts are ongoing, they need assistance in completing their investigation.

We need your agency to investigate whether these documents are authentic. With respect to the two documents: the signature on the POA of David Sutton is questioned because it is believed that he is incapable of signing his middle name (which signature appears on the documents). Additionally the Will of Carlos Sutton was signed the day before his death and his Doctor will certify that he was not competent at the time of execution because of end stage cancer and comfort drugs.

Norton uses the same notary each time and at least one of the victims did not produce identification. According to family, a complaint has already been filed against the notary with the Secretary of State. We ask that the SBI investigate these allegations to see if there is a case to prosecute. I have copied ADA Karen Richards, who will handle this case from my office.

Regards,

Jon David
DA-13

E-mail correspondence to and from this address may be subject to the
North Carolina public records laws and if so, may be disclosed.

1


PLAINTIFF'S EXHIBIT 1