# State of North Carolina

## Department of
## The Secretary of State

Reposing special trust and confidence in your integrity and knowledge, I do by these presents appoint

### TAMEKIA BELLAMY

### A Notary Public

IN AND FOR THE COUNTY OF COLUMBUS AND STATE OF NORTH CAROLINA

FOR FIVE YEARS BEGINNING MONDAY, AUGUST 10, 2015 AND EXPIRING

AT MIDNIGHT ON SATURDAY, APRIL 8, 2017, AND

I DO HEREBY CONFER UPON YOU ALL THE RIGHTS, PRIVILEGES, AND POWERS USEFUL AND NECESSARY TO THE JUST AND PROPER DISCHARGE OF THE DUTIES OF YOUR APPOINTMENT.

IN WITNESS WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED MY OFFICIAL SEAL. DONE IN OFFICE AT RALEIGH ON MONDAY, AUGUST 17, 2015

*Elaine F. Marshall*

ELAINE F. MARSHALL
SECRETARY OF STATE

PLAINTIFF'S EXHIBIT 2