CONFIDENTIAL: This is an official file of the North Carolina State Bureau of Investigation. To make public or reveal the contents thereof to any unauthorized person is a violation of the General Statutes of North Carolina.

```
SBI CASE:    2014-02090  (1028)
ACTIVITY:    December 3, 2014
VICTIM(S):   (1)  Carlos Sutton
             (2)  David Wayne Sutton
COPIES:      (1)  Case Records Management Section
             (2)  ASAC K. V. Tabron
             (3)  SAC W. M. Warner III
             (4)  District Attorney J. M. David
```

**Tamekia Evette Ford, B/F/DOB: 12/10/1973 (Suspect)**
Residence:   218 East Lewis Street, Whiteville, North Carolina 28472
Business:    New Directions Home Health Care, 138 Memory Plaza, Whiteville, North Carolina 28472, Telephone: 910-640-1737

Tamekia Evette Ford was interviewed on December 3, 2014, at approximately 5:33 p.m., by Assistant Special Agent in Charge (ASAC) K. Tabron. Special Agent (SA) R. Reeves was also present for the interview. The interview was conducted at the Columbus County Sheriff's Department.

Ford was interviewed to obtain additional information on Power of Attorney documents with the signatures of David Wayne Sutton.

Ford stated she had been a notary for approximately eight years. Her commission expired in 2001 and she went back to class to have her commission reinstated.

Ford stated she knew David Sutton from working at New Directions. Sutton was a client according to Ford. Ford was not sure of David Sutton's medical diagnosis; however, did state she believed he was autistic.

Ford notarized the power of attorney documents after Carlos Sutton placed his hand over David Sutton's hand. Ford stated she did not document that David needed to be assisted with his signature.

Ford believed David Sutton understood what he was signing. Ford also stated this was the first time she accepted a document with a person who assisted with a signature. Ford

PLAINTIFF'S EXHIBIT 3

believed it was a valid signature because <u>she knew the family</u> and David Sutton stated he understood.

The interview with Ford was recorded and the interview was transferred to compact disks (CD). A copy of the CD was sent by U.S. Mail to Case Records Management System (CRMS) for storage; see Attachment #1028-10.

The interview ended at approximately 6:09 p.m.

KVT:jd

(Attachment #1028-10)