| File No.  15CR 050956 | Law Enforcement Case No. | LID No. | SID No. | FBI No. 823979PC3 | |
|---|---|---|---|---|---|

# WARRANT FOR ARREST

Offense
I F-UTTERING FORGED INSTRUMENT

## STATE OF NORTH CAROLINA

_____ COLUMBUS _____ County   In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
CALVIN TYRONE NORTON

BLADEN COUNTY

| Race | Sex M | Date Of Birth | Age |
|---|---|---|---|
| Social Security No./Tax ID No. | | Drivers License No. & State | |

Name Of Defendant's Employer

| Offense Code(s) I 2524 | Offense In Violation Of G.S. I 14-120 |
|---|---|

Date Of Offense
11/13/2012     through     11/11/2013

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
K. TABRON
STATE BUREAU OF INVESTIGATION COASTAL DIS

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)
BRENNAN REGNER
STATE BUREAU OF INVESTIGATION COASTAL DIS

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did utter, publish, pass, and deliver as true to COLUMBUS COUNTY COURT HOUSE a falsely made and forged order LAST WILL AND TESTAMENT 11-11-2013, GENERAL POWER OF ATTORNEY STATE OF NORTH CAROLINA 11-13-2012, HEALTH CARE POWER OF ATTORNEY 11-13-2012, HEALTH CARE POWER OF ATTORNEY 11-11-2013, GENERAL POWER OF ATTORNEY 11-11-2013. The defendant acted for the sake of gain and with the intent to injure and defraud and with knowledge that the instrument was falsely made and forged.

PLAINTIFF'S EXHIBIT 4
PENGAD 800-631-6989
pg. 1 of 4

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature MICHAEL MANOLIS | Location Of Court Columbus County Courthouse; 9999 | Court Date 4/24/2016 |
|---|---|---|
| ☒ Magistrate  ☐ Deputy CSC  ☐ Assistant CSC  ☐ Clerk Of Superior Court | 100 COURTHOUSE CIRCLE WHITEVILLE, NC 28472 | Court Time 7:30 ☒ AM ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 04/20/2015 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

**DEFENDANT COPY**

| File No. | Law Enforcement Case No. | LID No. | SiD No. | FBI No. | |
|---|---|---|---|---|---|
| **15CR 050957** | | | | 823979PC3 | |

# WARRANT FOR ARREST

Offense
I F-FORGERY OF INSTRUMENT

## STATE OF NORTH CAROLINA

COLUMBUS _____ County    In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

Name And Address Of Defendant
CALVIN TYRONE NORTON

BLADEN COUNTY

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| | M | | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| | |

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 2520 | I 14-119(A) |

Date Of Offense
11/13/2012    through    11/11/2013

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
K. TABRON
STATE BUREAU OF INVESTIGATION COASTAL DIS

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)
BRENNAN REGNER
STATE BUREAU OF INVESTIGATION COASTAL DIS

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did possess fewer than five counterfeit instruments. The number of counterfeit instruments possessed was 5 TIMES: LAST WILL AND TESTAMENT FOR CARLOS SUTTON 11-11-2013, GERNAL POWER OF ATTORNEY STATE OF NORTH CAROLINA 11-13-2012, HEALTH CARE POWER OF ATTORNEY 11-13-2012, HEALTH CARE POWER OF ATTORNEY 11-11-2013, GENERAL POWER OF ATTORNEY 11-11-2013.. The counterfeit instrument was OFFICIAL STATE OF NORTH CAROLINA POWER OF ATTORNEY DOCUMENT SUBMITTED TO THE COLUMBUS COUNTY COURT HOUSE drawn on a governmental unit, STATE OF NORTH CAROLINA COUNTY OF COLUMBUS POWER OF ATTORNEY, which is described as follows: POWER OF ATTORNEY THAT ARE DEFINED IN CHAPTER 32A GENERAL STATUTES.. The counterfeiting consisted of the following: KNOWING THE DOCUMENTS WHERE SIGNED FRAUDULENTLY BY EXPLOITATION OF DISABLED ADULT LACKING MENTAL CAPACITY. The defendant acted without authority and with the intent to injure and defraud.

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
|---|---|---|
| MICHAEL MANOLIS | Columbus County Courthouse; 9999 | 4/24/2015 |
| ☒ Magistrate   ☐ Deputy CSC | 100 COURTHOUSE CIRCLE | Court Time |
| ☐ Assistant CSC   ☐ Clerk Of Superior Court | WHITEVILLE, NC 28472 | ☒ AM ☐ PM |

| ☒ Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 04/20/2015 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

**DEFENDANT COPY**

| File No. 15CR 050958 | Law Enforcement Case No. | | LID No. | SID No. | FBI No. 823979PC3 | |
|---|---|---|---|---|---|---|

# WARRANT FOR ARREST

**Offense**
I F-EXPLOIT DISABLE/ELDER CAPACITY
II F-OBT PROP FALSE PRET >=$100,000

## STATE OF NORTH CAROLINA

COLUMBUS _____ County    In The General Court Of Justice
District Court Division

### THE STATE OF NORTH CAROLINA VS.

**Name And Address Of Defendant**
CALVIN TYRONE NORTON

~~MARLOWE~~ ~~RD~~

~~CLARKTON~~            ~~NC~~    ~~2~~----

BLADEN COUNTY

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did FORGED DAVID WAYNE SUTTON SIGNATURE ON A GENERAL POWER OF ATTORNEY FROM THE STATE OF NORTH CAROLINA, THAT WAS SUBMITTED TO THE COLUMBUS COUNTY COURT HOUSE. DAVID WAYNE SUTTON IS OLDER THAN YEARS OF AGE AND IS CONSIDERED MENTALLY INCAPACITATED.

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did knowingly and designedly, with the intent to cheat and defraud, obtain THE PROPERTY/RESIDENCE LOCATED AT 206 ANDERSON STREET, WHITEVILLE, NORTH CAROLINA from CARLOS SUTTON by means of a false pretense which was calculated to deceive and did deceive. The false pretense consisted of the following: BY OBTAINING THE ABOVE PROPERTY KNOWING CARLOS SUTTON WAS INCAPACITATED. The value of the items described above was LESS THAN $100,000.

| | Sex | Date Of Birth | Age |
|---|---|---|---|
| B | M | | |

**Social Security No./Tax ID** | **Drivers License No. & State**

**Name Of**

| Offense C | Offense In Violation Of G.S. |
|---|---|
| I 1378 | I 14-112.2(C) |
| II 2633 | II 14-100 |

**Date Of Offense**
11/13/2012    through    11/11/2013

**Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)**

**Complainant (Name, Address Or Department)**
K. TABRON
STATE BUREAU OF INVESTIGATION COASTAL DIS
470 DOLPHIN DR
JACKSONVILLE        NC    28540
ONSLOW COUNTY        (910) 346-2121

**Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)**
BRENNAN REGNER
STATE BUREAU OF INVESTIGATION COASTAL DIS
470 DOLPHIN DR
JACKSONVILLE        NC    28540
ONSLOW COUNTY        (910) 346-2121

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature MICHAEL MANOLIS | Location Of Court Columbus County Courthouse; 9999 | Court Date |
|---|---|---|
| [X] Magistrate  [ ] Deputy CSC<br>[ ] Assistant CSC  [ ] Clerk Of Superior Court | 100 COURTHOUSE CIRCLE<br>WHITEVILLE,NC 28472 | Court Time [ ] AM [ ] PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 04/20/2015 |
|---|---|

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

(over)
ORIGINAL COPY

VRA Case

Printed on 04/22/2015 08:37:05 AM

| File No. | | Law Enforcement Case No. | LID No. | SID No. | FBI No. | |
|---|---|---|---|---|---|---|
| **15CR 050961** | | | | | 823979PC3 | |

| | |
|---|---|
| **WARRANT FOR ARREST** | **STATE OF NORTH CAROLINA** |
| Offense | |
| I F-EXPLOIT DISABLE/ELDER TRUST | COLUMBUS ——— County    In The General Court Of Justice |
| II F-EXPLOIT DISABLE/ELDER TRUST | District Court Division |

**THE STATE OF NORTH CAROLINA VS.**

Name And Address Of Defendant
CALVIN TYRONE NORTON

............ ....

BLADEN COUNTY

| Race | Sex | Date Of Birth | Age |
|---|---|---|---|
| | M | | |

| Social Security No./Tax ID No. | Drivers License No. & State |
|---|---|
| | |

Name Of Defendant's Employer

| Offense Code(s) | Offense In Violation Of G.S. |
|---|---|
| I 1377 | I 14-112.2(B) |
| II 1377 | II 14-112.2(B) |

Date Of Offense
11/13/2012    through    11/11/2013

Date Of Arrest & Check Digit No. (As Shown On Fingerprint Card)

Complainant (Name, Address Or Department)
K. TABRON
STATE BUREAU OF INVESTIGATION COASTAL DIS
470 DOLPHIN DR
JACKSONVILLE          NC    28540
ONSLOW COUNTY        (910) 346-2121

Names & Addresses Of Witnesses (Including Counties & Telephone Nos.)
BRENNAN REGNER
STATE BUREAU OF INVESTIGATION COASTAL DIS
470 DOLPHIN DR
JACKSONVILLE          NC    28540
ONSLOW COUNTY        (910) 346-2121

To any officer with authority and jurisdiction to execute a warrant for arrest for the offense(s) charged below:

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did  WHILE AS A CARE GIVER STANDING IN A POSITION OF TRUST AND CONFIDENCE WITH; CARLOS SUTTON A DISABLED ADULT WITHIN THE MEANING OF G.S. 14-122.(A) BY DECEPTION USED THE FUNDS ASSESTS AND PROPERTY OF CARL... SUTTON WITH THE INTENT TO DEPRIVE CARLOS SUTTON USE, BENEFIT, AND POSSESSION OF THE FUNDS, ASSESTS, AND PROPERTY; BENEFITS SOMEONE OTHER THAN CARLOS SUTTON, THE VALUE OF THE FUNDS, ASSESTS, PROPERTY WAS APPROXIMATELY $80,000

I, the undersigned, find that there is probable cause to believe that on or about the date of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did  WHILE AS A CARE GIVER STANDING IN A POSITION OF TRUST AND CONFIDENCE WITH; DAVID SUTTON A DISABLED ADULT WITHIN THE MEANING OF G.S. 14-112.2(A) BY DECEPTION USED THE FUNDS ASSESTS AND PROPERTY OF DAVID SUTTON WITH THE INTENT TO DEPRIVE CARLOS SUTTON USE, BENEFIT, AND POSSESSION OF THE FUNDS, ASSESTS, AND PROPERTY; BENEFITS SOMEONE OTHER THAN DAVID SUTTON, THE VALUE OF THE FUNDS, ASSESTS, PROPERTY WAS APPROXIMATELY $80,000

This act(s) was in violation of the law(s) referred to in this Warrant. This Warrant is issued upon information furnished under oath by the complainant listed. You are DIRECTED to arrest the defendant and bring the defendant before a judicial official without unnecessary delay to answer the charge(s) above.

| Signature | Location Of Court | Court Date |
|---|---|---|
| MICHAEL MANOLIS | Columbus County Courthouse; 9999 | |
| | 100 COURTHOUSE CIRCLE | Court Time |
| [X] Magistrate  [ ] Deputy CSC  [ ] Assistant CSC  [ ] Clerk Of Superior Court | WHITEVILLE,NC 28472 | [ ] AM [ ] PM |

| [X] Misdemeanor Offense Which Requires Fingerprinting Per Fingerprint Plan | Date Issued 04/20/2015 |
|---|---|

Printed on 04/22/2015 08:37:53 AM

AOC-CR-100, Rev. 5/13 (Structured Sentencing)
© 2013 Administrative Office of the Courts

**ORIGINAL COPY**

(over)

Case 7:16-cv-00021-BO   Document 1-4   Filed 02/05/16   Page 4 of 4