| STATE OF NORTH CAROLINA | File No. 15CRS050956 |
|---|---|
| COLUMBUS County | In The General Court Of Justice<br>Superior Court Division |

**STATE VERSUS**

Name And Address Of Defendant
CALVIN TYRONE NORTON

# INDICTMENT

| Race | Sex | Date Of Birth |
|---|---|---|
| | M | |

☐ This is a superseding indictment.

| Offense(s) | Date Of Offense OR Date Range Of Offense | G.S. No. | CL. |
|---|---|---|---|
| I. UTTERING FORGED INSTRUMENT | 11/13/2012 - 11/11/2013 | 14-120 | I |
| II. | | | |

I. The jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

utter, publish, pass, and deliver as true to COLUMBUS COUNTY COURT HOUSE a falsely made and forged order LAST WILL AND TESTAMENT 11-11-2013, GENERAL POWER OF ATTORNEY STATE OF NORTH CAROLINA 11-13-2012, HEALTH CARE POWER OF ATTORNEY 11-13-2012, HEALTH CARE POWER OF ATTORNEY 11-11-2013, GENERAL POWER OF ATTORNEY 11-11-2013. The defendant acted for the sake of gain and with the intent to injure and defraud and with knowledge that the instrument was falsely made and forged.

II. And the jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

Signature Of Prosecutor

**WITNESSES**

☐ K. TABRON, SBI
☑ B. Regner, SBI
☐
☐
☐
☐
☐
☐

The Witnesses marked "X" were sworn by the undersigned Foreperson of the Grand Jury and, after hearing testimony, this Bill was found to be:

☑ A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreperson of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL.

Date: 6/3/15

Signature Of Grand Jury Foreperson

AOC-CR-122, Rev. 1/13
© 2013 Administrative Office of the Courts

PLAINTIFF'S EXHIBIT 4B

| | | File No. | 15CRS050956 |

# STATE OF NORTH CAROLINA
COLUMBUS County

In The General Court Of Justice
Superior Court Division

**STATE VERSUS**

Name And Address Of Defendant
CALVIN TYRONE NORTON

## INDICTMENT

☐ This is a superseding indictment.

| Race | Sex | Date Of Birth |
|---|---|---|
| | M | |

| Offense(s) | Date Of Offense OR Date Range Of Offense | G.S. No. | CL. |
|---|---|---|---|
| I. UTTERING FORGED INSTRUMENT | 11/13/2012 - 11/11/2013 | 14-120 | I |
| II. | | | |

I. The jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

utter, publish, pass, and deliver as true to COLUMBUS COUNTY COURT HOUSE a falsely made and forged order LAST WILL AND TESTAMENT 11-11-2013, GENERAL POWER OF ATTORNEY STATE OF NORTH CAROLINA 11-13-2012, HEALTH CARE POWER OF ATTORNEY 11-13-2012, HEALTH CARE POWER OF ATTORNEY 11-11-2013, GENERAL POWER OF ATTORNEY 11-11-2013. The defendant acted for the sake of gain and with the intent to injure and defraud and with knowledge that the instrument was falsely made and forged.

II. And the jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did

Signature Of Prosecutor

**WITNESSES**

| ☐ K. TABRON, SBI | ☐ |
| ☑ B. Regner, SBI | ☐ |
| ☐ | ☐ |
| ☐ | ☐ |

The Witnesses marked "X" were sworn by the undersigned Foreperson of the Grand Jury and, after hearing testimony, this Bill was found to be:

☑ A TRUE BILL by twelve or more grand jurors, and I the undersigned Foreperson of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL.

Date 6/3/15

Signature Of Grand Jury Foreperson

AOC-CR-122, Rev. 1/13
© 2013 Administrative Office of the Courts

| STATE OF NORTH CAROLINA | | File No. |
|---|---|---|
| COLUMBUS County | | 15CRS50957 |
| | | In The General Court Of Justice Superior Court Division |

**STATE VERSUS**

Name And Address Of Defendant
CALVIN TYRONE NORTON

# NOTICE OF RETURN OF BILL OF INDICTMENT

G.S. 15A-630, 15A-941(d)

**To The Defendant Named Above:**

Take notice that the grand jury of the county named above has returned the attached True Bill(s) of Indictment charging you with the offense(s) specified.

You are informed that there are important time limitations on your right to discovery of the evidence against you. *(See G.S. 15A-902, which is printed on the reverse.)*

This Notice is issued upon the order of the presiding judge.

You will be arraigned on the charges contained in this Indictment only if you file a written request for arraignment with the Clerk of Superior Court not later than twenty-one (21) days after the Indictment is served on you. If you do not file a written request for arraignment within that time, the court will enter a not guilty plea on your behalf.

You must appear in Superior Court at the date, time and place shown below to answer the charges in this Indictment.
**NOTE:** *If an earlier court date is set in a release order, you must appear at that time also.*

| Date Of Hearing | Time Of Hearing | | Place Of Hearing |
|---|---|---|---|
| 07/09/2015 | 9:30 | [X] AM [ ] PM | COLUMBUS CO. COURTHOUSE WHITEVILLE N.C. |

**NOTE:** Attach True Bill(s) of Indictment and a copy of the Order of Arrest, if appropriate.

Date Issued: 06/03/2015
Signature: Denice Edwards
[ ] Deputy CSC  [X] Assistant CSC  [ ] Clerk Of Superior Court

## CERTIFICATE OF NOTICE

I certify that I issued a copy of this Notice to the defendant named above at the address shown by:

[X] 1. Mailing it through the U.S. Postal Service.

[ ] 2. Attaching it to an Order for Arrest to be served on the defendant.

[ ] 3. Other: *(specify)*

Date: 06-09-2015
Signature: Denice Edwards
[ ] Deputy CSC  [X] Assistant CSC  [ ] Clerk Of Superior Court

AOC-CR-215, Rev. 10/04
© 2004 Administrative Office of the Courts

Original-File  Copy-Defendant
(Over)

# STATE of NORTH CAROLINA
In the General Court of Justice
Superior Court Division

## Case No. 15CRS 50957
Columbus County

# Indictment

**State Versus**

CALVIN TYRONE NORTON

| Offense(s) | Date of Offense | G.S. No. | CL |
|---|---|---|---|
| I. FORGERY OF INSTRUMENT | 11/13/2012 – 11/11/2013 | 14-119(B) | G |
| II. | | | |

*I.  The jurors for the State upon their oath present that on or about the date(s) of offense shown and in the county named above the defendant named above unlawfully, willfully and feloniously did*

possess five or more counterfeit instruments. The number of counterfeit instruments possessed was 5 TIMES: LAST WILL AND TESTAMENT FOR CARLOS SUTTON 11-11-2013, GENERAL POWER OF ATTORNEY STATE OF NORTH CAROLINA 11-13-2012, HEALTH CARE POWER OF ATTORNEY 11-13-2012, HEALTH CARE POWER OF ATTORNEY 11-11-2013, GENERAL POWER OF ATTORNEY 11-11-2013. The counterfeit instrument was OFFICIAL STATE OF NORTH CAROLINA POWER OF ATTORNEY DOCUMENT SUBMITTED TO THE COLUMBUS COUNTY COURT HOUSE drawn on a governmental unit, STATE OF NORTH CAROLINA COUNTY OF COLUMBUS POWER OF ATTORNEY, which is described as follows: POWER OF ATTORNEY THAT ARE DEFINED IN CHAPTER 32A GENERAL STATUTES. The counterfeiting consisted of the following: KNOWING THE DOCUMENTS WHERE SIGNED FRAUDULENTLY BY EXPLOITATION OF DISABLED ADULT LACKING MENTAL CAPACITY. The defendant acted without authority and with the intent to injure and defraud.

Signature of Prosecutor

**Witnesses**

| ☐ K. TABRON, SBI | ☐ |
|---|---|
| ☑ B. Regner, SBI | ☐ |

The witnesses marked "X" were sworn by the undersigned Foreman of the Grand Jury, and after hearing testimony, this bill was found to be:

☑ **A TRUE BILL** by twelve or more grand jurors, and I the undersigned Foreman of the Grand Jury, attest the concurrence of twelve or more grand jurors in this Bill of Indictment.

☐ NOT A TRUE BILL

Date: 03/3/15

Signature of Grand Jury Foreman:

| STATE OF NORTH CAROLINA | | File No. 15CRS50958 |
|---|---|---|
| COLUMBUS County | | In The General Court Of Justice Superior Court Division |
| **STATE VERSUS** | | |
| Name And Address Of Defendant CALVIN TYRONE NORTON | | **NOTICE OF RETURN OF BILL OF INDICTMENT** G.S. 15A-630, 15A-941(d) |

**To The Defendant Named Above:**

Take notice that the grand jury of the county named above has returned the attached True Bill(s) of Indictment charging you with the offense(s) specified.

You are informed that there are important time limitations on your right to discovery of the evidence against you. *(See G.S. 15A-902, which is printed on the reverse.)*

This Notice is issued upon the order of the presiding judge.

You will be arraigned on the charges contained in this Indictment only if you file a written request for arraignment with the Clerk of Superior Court not later than twenty-one (21) days after the Indictment is served on you. If you do not file a written request for arraignment within that time, the court will enter a not guilty plea on your behalf.

You must appear in Superior Court at the date, time and place shown below to answer the charges in this Indictment. **NOTE:** *If an earlier court date is set in a release order, you must appear at that time also.*

| Date Of Hearing | Time Of Hearing | | Place Of Hearing |
|---|---|---|---|
| 07/09/2015 | 9:30 | ☒ AM ☐ PM | COLUMBUS CO. COURTHOUSE WHITEVILLE N.C. |

**NOTE:** Attach True Bill(s) of Indictment and a copy of the Order of Arrest, if appropriate.

Date Issued: 06/03/2015
Signature: Denice Edwards

☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court

**CERTIFICATE OF NOTICE**

I certify that I issued a copy of this Notice to the defendant named above at the address shown by:

☒ 1. Mailing it through the U.S. Postal Service.

☐ 2. Attaching it to an Order for Arrest to be served on the defendant.

☐ 3. Other: *(specify)*

Date: 06-09-2015
Signature: Denice Edwards

☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court

AOC-CR-215, Rev. 10/04
© 2004 Administrative Office of the Courts

Original-File   Copy-Defendant
(Over)