

Emily J. Will, D-BFDE
Board Certified Document Examiner
P.O. Box 58552
Raleigh, NC 27658

Phone: 919-556-7414
Fax: 858-712-0803
E-mail: ewill@Qdewill.com
http://Qdewill.com

**Certification:**

- Passed a 240 item cognitive examination and an 8 item performance examination and was awarded board certification by the Board of Forensic Document Examiners in 2003. *BFDE certification is accredited by the Forensic Specialties Accreditation Board.*
- Passed written and oral examinations; awarded board certification by the National Association of Document Examiners in 1997.
- Designation Certified Fraudulent Document Examiner by AllRegs Academy in 2008.

**Experience:**

- Private practice for 28 years examining cases from North Carolina and 42 other states, and internationally. Accepted as an expert witness and testified in state civil/criminal courts in eleven states, and in federal court; appointed by state and federal courts

**Proficiency:**

- 1998-2000, 2005-2013 participated successfully in proficiency testing in Handwriting Examination or Document Examination. Collaborative Testing Services of Herndon, VA
- 2001-2008 participated successfully in the Handwriting Identification Proficiency- testing program of the Forensic Expertise Profiling Laboratory at Latrobe University in Australia.
- Results available upon request.

**Professional Associations:**

- Member, and President, of the Association of Forensic Document Examiners (AFDE). Also Editorial Board member for the Journal of Forensic Document Examination (AFDE Journal) from 2005 - present.
- Secretary, Board of Forensic Document Examiners, 2007 - 2012. Test Administrator, 2012 - present Director, Forensic Specialties Accreditation Board (FSAB) - 2000-present
- Member of the International Graphonomics Society (IGS) - a society for the science and technology of handwriting and other graphic skills.
- Member of the National Association of Document Examiners (NADE). Also Editor of the Journal of the National Association of Document Examiners from 1999-2004.
- Director, Forensic Specialties Accreditation Board (FSAB), 2008-present

**Education:**

- BS in Education - Syracuse University, 1969
- MA in Counseling - Syracuse University, 1970

**Training:**

- Studied 1 1/2 years (1985-86) as a private student of Mr. Felix Klein, during which completed work, and examinations in the field of Document Examination. Mr. Klein, a document examiner with 40 years experience, served as a consultant to the United Nations and testified in many foreign countries, and in the U.S.
- Seminars in Printing Process Identification and Image Analysis for Forensic Examiners at Rochester Institute of Technology in June 2001 and 2002.
- Fundamentals of Microscopy for Forensic Document Examiners at the McCrone Institute College of Microscopy - August 24, 2005
- Advanced Fraudulent Document Recognition, AllRegs Academy, August 21-23, 2008

**Continuing Education:**

- Continuing education through journals, workshops and seminars.



PLAINTIFF'S
EXHIBIT
5
1 of 5

PENGAD 800-631-6989

- Attended the AFDE 3-4 day Symposia in 2002-2014 and the NADE 3-4 day conferences in 1996-2015.
- In 1988, 1989, 1993, 1996, 1999 and 2003 attended the annual Scientific Sessions of the Questioned Document Section of the American Academy of Forensic Sciences and technical workshops in 2007, 2009, 2013, and 2015.
- Attended the ASTM E30.02 subcommittee meeting in 2002-2008
- Attended the IGS Biennial Conference in 2012.
- Prepared/taught course (45 hrs instruction, 3 credits) entitled "Introduction to Document Examination Equipment" at College Notre-Dame-de-Foy in Quebec, Canada. 2004, 2005

**Equipment:** Bausch and Lomb StereoZoom5 microscope (8X-160X), Foster and Freeman VSC-4c Video Spectral Comparator, ESDA-Lite Indentation Materializer, Mac/PC computers, scanners.

**Library:** Professional library containing over 1000 articles and monographs and 50+ books on the subjects of handwriting identification and document examination.

**Publications:**

- Good Standards in Document Examination Cases, *Trial Briefs* (North Carolina Academy of Trial Lawyers) Summer, 1988
- Medical Records Case Solved Photographically, *NADE Journal,* Spring, 1998
- Ink Differentiation with Digital Photography, *NADE Journal,* Spring, 1999 and *International Journal of Forensic Document Examination.* 1999
- A Discussion of Dandy Rolls and Watermarks - co-author Mr. Robert Johnson , *NADE Journal,* Fall, 1999
- The Microscope - Through the Looking Glass - *Chemistry in Australia* - (The Journal of the Royal Society of Chemists in Australia) May 2000
- Handwriting, Biomechanics and Significance: Concepts in Handwriting Identification, *NADE Journal,* Summer 2001
- Seeing is Believing – Exhibits from the Perspective of the Forensic Document Examiner, *Illinois Law Enforcement Executive Forum,* Vol. 2, #3, August, 2002
- Micrometry Using a Calibrated Ocular Reticule; co-author Joseph Barabe, *NADE Journal,* 2005
- Wake Up to the Wacom™ Tablet - *Journal of Forensic Document Examination* –Vol. 17, 2004-5
- Progress in Digital Microscopy - A Technical Review of the MiScope Digital Microscope - *Journal of Forensic Document Examination* - Vol. 20, 2010
- Inferring Relative Speed of Handwriting from the Static Trace - *Journal of Forensic Document Examination* - Vol.22, 2012

**Presentations:**

- Handwriting, Biomechanics and Significance - 2000 NADE Conference
- Research for the Document Examiner - 2001 NADE Conference
- Line Sequence and MICS – Research in Progress – 2001 AFDE Symposium
- The Electromagnetic Spectrum - 2002 NADE Pre-Conference Workshop
- Importing Science - 2002 AFDE Symposium
- Three Significant Cases – 2003 NADE Conference
- Print Process Identification – 2003 AFDE Symposium, 2004 IAQDE, 2005 NADE
- Dynamic Trace and Static Trace – 2004 NADE Conference
- Establishing the Science of Handwriting Identification – 2004 AFDE Symposium
- Speed in Handwriting - 2006 NADE Conference, 2006 AFDE Symposium
- Technical Review of the MiScope Digital Microscope - 2009 AFDE Symposium
- Speed in Handwriting Research Project - 2010 AFDE Symposium, 2011 IGS Conference
- Introduction to Document Examination Equipment - 2011 NADE 2-day Workshop
- Handwritten Electronic Digitized Signatures - 2011 AFDE Symposium, 2012 NADE
- Point of Sale Signatures and their Forensic Examination - 2012 AFDE Symposium
- Constructing a Forensic Report - 2013 NADE Conference
- One Significant Difference - 2014 NADE Conference, 2014 AFDE Symposium



Emily J. Will, D-BFDE
Board Certified Document Examiner
P.O. Box 58552
Raleigh, NC 27658

Phone: 919-556-7414
Fax: 858-712-0803
E-mail: ewill@Qdewill.com
http://Qdewill.com

May 1, 2015

Mr. Calvin Norton
P.O. Box 1145
Whiteville, NC 28472

Examination of Documents -

Materials: The following documents were submitted as having known or questioned signatures:

| Doc. # | Original, Scan Copy, Fax | Type of Document | Date | Known or Questioned |
|--------|--------------------------|------------------|------|---------------------|
| K1 | Scan | Insurance Rider - Policy #4440159 | undated | Known signature of Carlos Dean Sutton |
| K2 | Scan | Insurance Rider - Policy #4440161 | undated | Known signature of Carlos Dean Sutton |
| K3 | Scan | Insurance Rider - Policy #4440162 | undated | Known signature of Carlos Dean Sutton |
| K4 | Scan | Certificate of Extended Warranty | 12/18/07 | Known signature of Carlos Dean Sutton |
| K5 | Scan | Columbus Regional Healthcare System Authorization form | 3/14/13 | Known signature of Carlos Dean Sutton |
| K6 | Scan | Patient Education CRHS form | 3/21/13 | Known signature of Carlos Dean Sutton |
| K7 | Scan | Columbus Regional Healthcare System CT Department Informed Consent form | 8/8/13 | Known signature of Carlos Dean Sutton |
| K8 | Scan | Columbus Regional Healthcare System Patient Discharge Instructions | 8/21/13 | Known signature of Carlos Dean Sutton |
| K9 | Scan | Columbus Regional Healthcare System General Consent Authorizations and Agreements | 9/9/13 | Known signature of Carlos Dean Sutton |

Case 7:16-cv-00021-BO   Document 1-6   Filed 02/05/16   Page 3 of 5

| Doc. # | Original, Scan Copy, Fax | Type of Document | Date | Known or Questioned |
|---|---|---|---|---|
| K10 | Scan | Columbus Regional Healthcare System General Consent Authorizations and Agreements | 10/2/13 | Known signature of Carlos Dean Sutton |
| K11 | Scan | Columbus Regional Healthcare System Patient Discharge Instructions | 10/17/13 | Known signature of Carlos Dean Sutton |
| K12 | Scan | Medical Orders for Scope of Treatment (MOST) form | 10/22/13 | Known signature of Carlos Dean Sutton |
| Q1 | Scan | Last Will and Testament of Carlos Dean Sutton - Page 4 | 11/11/13 | Questioned signature of Carlos Dean Sutton |

Question:  Did Carlos Dean Sutton, known signer of documents K1-K12 listed above, sign the questioned document, Q1?

Procedures:  The documents were presented as good quality scans.  Enlargements of the signatures were examined and compared side-by-side on the computer monitor.  Standard document examination methodology was followed.[1]  Portions of the documents were extracted and arranged in charts attached to this report as Illustrations 1 and 2.

Observations:  The known signatures of Carlos Dean Sutton show that Mr. Sutton signed with at least three different writing styles on different occasions.  See Illustration 1 for a demonstration of this observation.

The questioned signature, "Carlos Dean Sutton," is a complex writing with sufficient handwriting movement to warrant a forensic examination.  Side-by-side handwriting comparison shows that there are many significant similarities between the questioned signature and one of the styles of writing of Mr. Sutton.  Some, but not necessarily all, of those similarities are:

1.  The writing is more hand printed than cursive, and is stylized.
2.  The letters of the known and questioned writing signatures are proportionally tall and narrow.
3.  The "D" is triangular in shape.
4.  The upper case "S" has a Gothic font-like appearance due to the addition of unusual entry and exit strokes.
5.  The lower case "u"s and "tt"s curve to the right at the bottom of the vertical stroke.
6.  In the questioned signature and some of the knowns, the cross strokes of the "tt"s are rippled.
7.  Baseline - The signatures are written above the printed baseline in most instances, with the last name elevated higher than the first two initials.

There are no significant differences observed in the handwriting comparison, and there are no unusual penlifts, hesitations, patching or other writing fluency problems that are often associated with non-genuine writing. See Illustration 2 for a demonstration of these observations.

The questioned document is stamped as a "True Copy" by the Clerk of Superior Court.

Discussion: To identify handwriting as that of an individual, there must be significant similarities in form and structure of the handwriting, and no unexplained significant differences. The questioned writing must be sufficient in amount and complexity and the number and type of similarities must accumulate to a level that precludes the likelihood of a chance match with another writer or successful simulation by another writer. It is appropriate to consider the universe of possible writers in evaluating the likelihood of a random match.

To exclude a writer as the author of a signature, there must be significant differences, and it must be possible to rule out the possibilities of disguise or unusual internal/external factors that could cause anomalous writing.

In some cases, there are limitations to an examination that require the examiner to state a qualified opinion. Such limitations include insufficient or incomparable known samples, poor quality of questioned or known writing, and lack of complexity in the questioned writing. In the case at hand the reproduction quality of the documents submitted has been evaluated as a potential limiting factor and has been found sufficient to support the opinion expressed.

Conclusion: It is the examiner's opinion that the questioned signature on document Q1 is a genuine signature of Mr. Carlos Dean Sutton, whose known signatures appear on documents K1-K12 listed above. The copy of the Will examined can be compared to the original document to verify that it is an accurate reproduction of an original document.

Emily J. Will
Board Certified Document Examiner

1. Original version of method publication reference: Found, B., & Rogers, D. (Eds.). (1999). Documentation of forensic handwriting comparison and identification method: A modular approach. Journal of Forensic Document Examination, 12, 1-68