| STATE OF NORTH CAROLINA | | | File No. 15CRS050958 |
|---|---|---|---|
| COLUMBUS County | | | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |
| **STATE VERSUS**<br>Defendant Name<br>CALVIN TYRONE NORTON | | | **DISMISSAL**<br>**NOTICE OF REINSTATEMENT**<br>(For Offenses Committed On Or Before Nov. 30, 2013)<br>G.S. 15A-302(e), -931, -932, -1009 |
| File Number | Count No.(s) | Offense(s) | |
| 15CRS050958 | | EXPLOIT DISABLE/ELDER CAPACITY<br>OBT PROP FALSE PRET >=$100,000 | |

A TRUE COPY
CLERK OF SUPERIOR COURT
COLUMBUS COUNTY, NC
[signature] Denise Edwards
Assistant Deputy Clerk Superior Court

☒ **DISMISSAL**
NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*
The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:
☐ 1. No crime is charged.
☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
Unable to proceed at this time.

☐ 3. Defendant has agreed to plead guilty to the following charges:

in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*   ☐ See additional information on reverse.

FILED 2015 DEC 15 A 2:01 BY COLUMBUS CO., C.S.C.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**
The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:
☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.
☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.
☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.
☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.
☐ 5. Other: *(specify)*   ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 12/15/2015 | D. Thurston | [signature] |

☐ **REINSTATEMENT**
This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

AOC-CR-307A, Rev. 12/13   (Over)
© 2013 Administrative Office of the Courts

**PLAINTIFF'S EXHIBIT**

| STATE OF NORTH CAROLINA | | File No. 15CRS050961 | |
| --- | --- | --- | --- |
| COLUMBUS County | | In The General Court Of Justice ☐ District ☒ Superior Court Division | |
| STATE VERSUS Defendant Name CALVIN TYRONE NORTON | | DISMISSAL NOTICE OF REINSTATEMENT (For Offenses Committed On Or Before Nov. 30, 2013) G.S. 15A-302(e), -931, -932, -1009 | |
| File Number | Count No.(s) | Offense(s) | |
| 15CRS050961 | | EXPLOIT DISABLE/ELDER TRUST EXPLOIT DISABLE/ELDER TRUST | |

A TRUE COPY
CLERK OF SUPERIOR COURT
COLUMBUS COUNTY, NC
By Denice [signature]
Assistant Deputy Clerk Superior Court

FILED 2015 DEC 15 A 2:01
COLUMBUS CO., C.S.C.
BY [signature]

☒ **DISMISSAL**
NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*
The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:
☐ 1. No crime is charged.
☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
   Unable to proceed at this time.

☐ 3. Defendant has agreed to plead guilty to the following charges:

   in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*   ☐ See additional information on reverse.

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**
The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:
☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.
☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.
☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.
☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.
☐ 5. Other: *(specify)*   ☐ See additional information on reverse.

**NOTE:** *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*
*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
| --- | --- | --- |
| 12/15/2015 | D. Thurston | [signature] |

☐ **REINSTATEMENT**
This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
| --- | --- | --- |
| | | |

AOC-CR-307A, Rev. 12/13
© 2013 Administrative Office of the Courts
(Over)

PLAINTIFF'S EXHIBIT

# STATE OF NORTH CAROLINA

COLUMBUS County

File No. 15CRS050957

In The General Court Of Justice
☐ District  ☒ Superior Court Division

## STATE VERSUS

Defendant Name: CALVIN TYRONE NORTON

**DISMISSAL**
**NOTICE OF REINSTATEMENT**
(For Offenses Committed On Or Before Nov. 30, 2013)

G.S. 15A-302(e), -931, -932, -1009

| File Number | Count No.(s) | Offense(s) |
|---|---|---|
| 15CRS050957 | | FORGERY OF INSTRUMENT |

A TRUE COPY
CLERK OF SUPERIOR COURT
COLUMBUS COUNTY, NC
By [signature], Assistant Deputy, Clerk Superior Court

☒ **DISMISSAL**
NOTE: *Recall all outstanding Orders For Arrest in a dismissed case.*
The undersigned prosecutor enters a dismissal to the above charge(s) and assigns the following reasons:

☐ 1. No crime is charged.
☒ 2. There is insufficient evidence to warrant prosecution for the following reasons:
   Unable to proceed at this time.

☐ 3. Defendant has agreed to plead guilty to the following charges:

   in exchange for a dismissal of the following charges:

☐ 4. Other: *(specify)*  ☐ See additional information on reverse.

FILED 2015 DEC 15 A 2:01
BY [signature] COLUMBUS CO., C.S.C

A jury has not been impaneled nor has evidence been introduced. *(If a jury has been impaneled, or if evidence has been introduced, modify this sentence accordingly.)*

☐ **DISMISSAL WITH LEAVE**
The undersigned prosecutor enters a dismissal with leave to the above charge(s) and assigns the following reasons:
☐ 1. The defendant failed to appear for a criminal proceeding at which the defendant's attendance was required and the prosecutor believes that the defendant cannot readily be found.
☐ 2. The defendant has been indicted and cannot readily be found to be served with an Order For Arrest.
☐ 3. The defendant has entered into a deferred prosecution agreement with the prosecutor in accordance with the provisions of Article 82 of G.S. Chapter 15A.
☐ 4. The defendant has been found by a court to be incapable of proceeding pursuant to Article 56 of G.S. Chapter 15A.
☐ 5. Other: *(specify)*  ☐ See additional information on reverse.

NOTE: *This form must be completed and signed by the prosecutor when the dismissal occurs out of court. The better practice is for the prosecutor to complete and sign the form when the charges are orally dismissed in open court.*

*Also, in accordance with G.S. 15A-931(a1), unless the defendant or the defendant's attorney has been otherwise notified by the prosecutor, a written dismissal of the charges against the defendant must be served in the same manner prescribed for motions under G.S. 15A-951. If the record reflects that the defendant is in custody, the written dismissal shall also be served by the prosecutor on the chief officer of the custodial facility where the defendant is in custody.*

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| 12/15/2015 | D. Thurston | [signature] |

☐ **REINSTATEMENT**
This case, having previously been dismissed with leave as indicated above, is now reinstated for trial.

| Date | Name Of Prosecutor (Type Or Print) | Signature Of Prosecutor |
|---|---|---|
| | | |

AOC-CR-307A, Rev. 12/13
© 2013 Administrative Office of the Courts
(Over)

**PLAINTIFF'S EXHIBIT**