STATE OF NORTH CAROLINA  
COUNTY OF COLUMBUS

IN THE GENERAL COURT OF JUSTICE  
SUPERIOR COURT DIVISION  
FILE#: 15CRS50956-58; 50961

STATE OF NORTH CAROLINA

vs.

CALVIN TYRONE NORTON

\*SUPPLEMENTAL\*  
Discovery Disclosure Certificate, 15A-975 Notice,  
and Request for and Consent to Reciprocal Discovery

Attorney: Gregory Thompson  
Post Office Box 1475  
Raeford, North Carolina 28376

I am the prosecutor assigned to prosecute the above-captioned case. I certify that I provided discovery to the defendant of matters required by N.C. Gen. Stat. § 15A-903, et seq. and the local rules of the 13th District. I acknowledge my agreement to comply with the provisions of Article 48 of Chapter 15 of the N.C. Statutes relating to discovery without the necessity of an order by the court.

In addition to this disclosure, I recognize my continuing duty of disclosure. I will make good faith efforts to disclose to the Defendant any and all exculpatory materials now available, or which may become available to the State.

**Pursuant to N.C. Gen. Stat. § 15A-975(b) the State hereby gives Notice of Intent to Use the following evidence and statements:**
1. Any and all oral, written, recorded, and otherwise memorialized statements of the defendant and all witnesses pursuant to N.C.G.S. 15A-976.
2. Any and all photographs, physical evidence, and video tapes collected from the Defendant, the Defendant's home or vehicle, the crime scene, and any other location pursuant to N.C.G.S. 15A-975.
3. Any and all laboratory analyses provided to the Defendant pursuant to N.C.G.S. 90-95(g).

Pursuant to N.C. Gen. Stat. §§ 15A-905 and 907, the State hereby requests reciprocal discovery of the Defendant. In the event Defendant does not voluntarily comply with the reciprocal discovery provisions, by this document the State moves the Court to order reciprocal discovery as outlined and to the extent provided, by N.C. law, specifically including, but not limited to 15A-905-908.

This done on the 25TH day of August, 2015

*DANIEL THURSTON*  
*Responsible Prosecutor*

### Certificate of Receipt of Discovery and Acceptance of Reciprocal Discovery Provisions

*I hereby certify that I have been served a copy of the discovery Disclosure Certificate and the accompanying Discovery. By taking receipt of the same I acknowledge my agreement to comply with the provisions of Article 48 of Chapter 15A of the N.C. Statutes relating to reciprocal discovery without the necessity of an order by the court.*  
This done on _____, 2014.

_____  
*Attorney for the Defendant*

CLERK COPY                FILE COPY                DEFENSE COPY

PLAINTIFF'S EXHIBIT