# UNITED STATES POSTAL SERVICE

Flat Rate Mailing Envelope

Visit us at usps.com

INTERNATIONAL RESTRICTIONS APPLY:
Customs forms are required. Consult the International Mail Manual (IMM) at pe.usps.com or ask a retail associate for details.

## PRIORITY MAIL

FROM: Calvin Tyrone North
P.O. Box 1145
Whiteville NC 28472

TO: Clerk of US District Court
310 New Bern Ave. #174
Raleigh, NC 27601

RECEIVED
FEB 0 5 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC

PRIORITY MAIL LEGAL SIZE
FLAT RATE ENVELOPE
POSTAGE REQUIRED

US POSTAGE PAID
$6.45

Origin: 29520
Destination: 27601
1 lb. 0.20 oz.
Feb 03, 16
4515000520-05
1024

PRIORITY MAIL® 2-DAY
Expected Delivery Day: 02/05/16

USPS TRACKING NUMBER
9505 5114 1166 6034 5482 99